IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VINOD KUMAR MANGWANI GIDWANI, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-14-748 |
| VINOD CHANDRA SHAH, | § § | |
| Defendant. | § § | |

**FINAL JUDGMENT**

The plaintiff, Vinod Kumar Mangwani Gidwani, moved for summary judgment that he is entitled to collect on a promissory note signed by the defendant, Vinod Chandra Shah. Gidwani seeks the principal amount of $789,000.00, plus prejudgment interest in the amount of $32,888.3 through August 6, 2014 and additional interest at the rate of $108.00 per day from August 6, 2014 to the date of this judgment. (Docket Entry No. 10). Shah filed no response and at the pretrial conference his counsel stated that there was no opposition. The motion for summary judgment on the note is supported by the affidavit of Fred W. Stumpf, counsel for the plaintiff, and other documents. The motion is granted.

Counsel for the plaintiff has filed an affidavit supporting his fee application. The affidavit lists the litigation tasks performed but does not provide billing records or time entries. The affidavit sets out a total number of hours—32.00—and an hourly rate of $450.00, without any indication of how much time was spent on what task. The hourly rate is reasonable but the record does not support 32.00 hours of work. The court finds 20 hours of work reasonable and awards fees in the amount of $9,000.00.

Final judgment is entered in favor of Vinod Kumar Mangwani Gidwani and against Vinod Chandra Shah. The defendant, Shah, is liable to the plaintiff, Gidwani, for the principal balance in the amount of $789,000.00, plus prejudgment interest in the amount of $32,888.3 through August 6, 2014 and additional interest at the rate of $108.00 per day from August 6, 2014 to the date of this judgment; postjudgment interest at the rate of .11% per annum, and attorney's fees in the amount of $9,000.00.

SIGNED on September 19, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge